UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON

**UNITED STATES OF AMERICA**,

    **Plaintiff**,

**v.**                                              **CASE NO. 3:09-cv-00031**

**GILBERT L. SPURLOCK,**

    **Defendant.**

## O R D E R

    This action was filed by the United States to ask for issuance of an injunction to stop Gilbert L. Spurlock from filing "vexatious and frivolous actions against the United States, its agencies, officers and employees . . . ."  (Complaint, docket # 1, at 1.)

    Pending before the court is Defendant's "Motion of Disagreement," (docket # 27), in which he requests the court "to make the U.S. Gov't present an undisputed copy of bill I owed or return my damn money."  This is the same request that Defendant made in his "Second Motion to Return Disputed Money," (# 20), which was denied by Order entered August 11, 2009 (# 26).  For the reasons set forth in that Order, it is hereby **ORDERED** that the Motion of Disagreement is denied.

    Defendant is notified that if he wishes the presiding District Judge to review any ruling by a magistrate judge, he should file objections, as set forth in Rule 72, *Fed. R. Civ. P.*, within ten

days of entry of the ruling.

    The Clerk is directed to mail a copy of this Order to Mr. Spurlock and to transmit it to counsel of record.

    ENTER:  September 16, 2009

                                                /s/ Mary E. Stanley
                                              Mary E. Stanley
                                              United States Magistrate Judge